IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00001-AP

GLORIA M. MESTAS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Brandi L. Studer
    Midland Professional Associates
    5020 Bob Billings Parkway
    Lawrence, KS 66049
    (785) 832-8521
    (785) 813-0006 (fax)

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney
    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A.     Date Complaint Was Filed:** January 2, 2007

   **B.     Date Complaint Was Served on U.S. Attorney's Office:** January 12, 2007

   **C.     Date Answer and Administrative Record Were Filed**: March 13, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff's counsel states that to the best of her knowledge, information, and belief, formed after inquiry reasonable under the circumstances, the Administrative Record appears to be complete.

Defendant's counsel states that to the best of the her knowledge, information, and belief, formed after inquiry reasonable under the circumstances, the Administrative Record appears to be complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff's counsel states that to the best of the her knowledge, information, and belief, formed after inquiry reasonable under the circumstances, there does not appear to be any additional evidence

Defendant's counsel states that to the best of the her knowledge, information, and belief, formed after inquiry reasonable under the circumstances, there does not appear to be any additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff's counsel states that this case raises no unusual claims or defenses.

Defendant's counsel states that this case raises no unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief Due:** May 2, 2007

   B.   **Defendant's Response Brief Due:** June 1, 2007

   C.   **Plaintiff's Reply Brief (If Any) Due:** June 18, 2007

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B.   **Defendant's Statement:** Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A

COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 19th day of March, 2007

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Brandi L. Studer
Brandi L. Studer
Midland Professional Associates
5020 Bob Billings Parkway
Lawrence, KS 66049
(785) 832-8521
bstuder@midlandgroup.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

s/Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorneys for Defendant